UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
**NEW YORK CITY DISTRICT**
**COUNCIL OF CARPENTERS,**

                  **Petitioner,**

   - against -

**APOLLO CARPENTRY CORP.,**

                 **Respondent.**
-------------------------------------------------------x

**ORDER**

**15 CV 6104 (NG)(RML)**

**GERSHON, United States District Judge:**

      In this action to confirm arbitration awards, petitioner has filed a motion for the entry of default judgment against respondent. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a certificate of default on February 3, 2016, and petitioner's motion was filed on February 4, 2016. The court hereby grants judgment by default to petitioner pursuant to Rule 55(b)(2), and orders that the arbitration awards of Roger E. Maher dated October 18, 2014 ("Awards"), be confirmed in their entirety.

      Each Award directs respondent to pay specified wages and 9% interest thereon; directs respondent to pay specified benefit fund contributions; directs each party to pay $950 in arbitrator's fees directly to the arbitrator; and holds respondent liable for up to $2,500 in attorneys' fees in the event petitioner is required to enforce an Award in court. Petitioner has documented that it accrued $1,125.00 in attorneys' fees and $574.92 in costs enforcing this action, and that it paid $950 to the arbitrator on behalf of respondent.

      The Clerk of Court is directed to enter judgment for petitioner in the total amount of $11,897.24, comprised of $4,199.65 in wages and $1,491.49 in interest, $3,556.28 in benefits funds

contributions, $1,125.00 in attorneys' fees, $574.92 in costs, and $950 in reimbursement for respondent's portion of the arbitrator's fee.

SO ORDERED.

s/Nina Gershon
**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
       March 9, 2016